✓# 10109    # 128364

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
Western DIVISION

FILED 2010 MAR 23 PM 12:27

In the matter of:

LLOYD, ELIZABETH L

Debtor.

Case No. 09-31908

Chapter 7

Judge RICHARD L. SPEER

**DIVIDENDS LESS THAN $5.00**

Pursuant to 11 U.S.C. §347 and Bankruptcy Rule 3010 the herein Trustee has combined dividend distribution less than $5.00 and has submitted a check herewith payable to Clerk, United States Bankruptcy Court, Check No 10109 in the amount of $2.07.

The dividend relates to the following claimant:

| Claimant | Amount |
|---|---|
| Promedica Health System<br>PO Box 2804<br>Toledo, OH 43606 | $ 2.07 |
| Total: | $ 2.07 |

/s/ BRUCE COMLY FRENCH
BRUCE COMLY FRENCH, Trustee
Reg. No. 0005298
PO BOX 839
LIMA, OH 45802-0839
Telephone: (419) 222-9134
Facsimile: (419) 222-9437